UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ENERRA CORPORATION,<br><br>    Plaintiff,<br><br>  vs.<br><br>CONTI GROUP LLC, PLASTIKGAS LLC, ROBERTO CONTI, JULIE CONTI, JORDAN CONTI,<br><br>    Defendants.<br><br>CONTI GROUP, LLC,<br><br>    Counter-Plaintiff,<br><br>  vs.<br><br>ENERRA CORPORATION, SERGIO PEREZ, MARK MILLS AND MICHAEL BROWN,<br><br>    Third-Party Defendants. | Civil Action No. 3:23-cv-00194-L |

**RESPONSE IN OPPOSITION TO THIRD PARTY DEFENDANTS' MOTION TO DISMISS; REQUEST TO CONDUCT JURISDICTIONAL DISCOVERY; REQUEST TO AMEND PLEADINGS**

Counter-Plaintiff responds in opposition to Third-Party Defendants' Motion to Dismiss Pursuant to Rule 12(b)(2) for lack of personal jurisdiction. Counter-Plaintiff hereby moves the Court to find that personal jurisdiction exists. Counter-Plaintiff requests permission to conduct jurisdictional discovery. Counter-Plaintiff requests permission to amend pleadings.

In accordance with Local Rule 7.1(d), Counter-Plaintiff submits the accompanying Brief in Support of Response in Opposition to Third-Party Defendants' Motion to Dismiss.

WHEREFORE, PREMISES CONSIDERED, Counter-Plaintiff prays that this Court DENY Third-Party Defendants' Motion to Dismiss, and grant Counter-Plaintiff any further relief, both in law and equity, as the Court deems proper and just.

Dated May 8, 2023    Respectfully submitted,

CRM LAW PLLC

By:  /s/ Carrie R. McNair
     Carrie R. McNair
     Texas Bar No. 24110715

820 S Macarthur Blvd Ste 105-342
Coppell, Texas 75019
850-509-4874 telephone
carriemcnair@crmcnairlaw.com

**ATTORNEY FOR (A) DEFENDANTS CONTI GROUP LLC, PLASTIKGAS LLC, ROBERTO CONTI, JULIE CONTI, JORDAN CONTI AND (B) COUNTER-PLAINTIFF CONTI GROUP, LLC**

 /s/ Brandon Wilson

**Brandon Wilson**
State Bar No. 24076776
brandonw@hermes-law.com

**Peter Kerr**
State Bar No. 24076478
peter@hermes-law.com

**Hermes Law, P.C.**
2550 Pacific Avenue, Suite 700
Dallas, Texas 75201
(214) 749-6800
(214) 749-6801 (Fax)

**ATTORNEYS FOR (A) DEFENDANTS CONTI GROUP LLC, PLASTIKGAS LLC, ROBERTO CONTI, JULIE CONTI, JORDAN CONTI AND**

                          **(B) COUNTER-PLAINTIFF CONTI GROUP, LLC**

## CERTIFICATE OF SERVICE

I certify that all attorneys deemed to accept service of the above-referenced document electronically, which includes all attorneys entitled to receive service of the above-referenced document, will be notified via the Court's CM/ECF system on today's date, May 8, 2023.

                          By: /s/ *Carey R. McNair*
                                Carey R. McNair