UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

ENERRA CORPORATION, §
*Plaintiff* §
§
§
§
v. § Case No. 3:23-cv-00194-L
§
§
CONTI GROUP, LLC, et al. §
*Defendant* §
§

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Stradling Yocca Carlson & Rauth, A Professional Corporation, with offices at

660 Newport Center Drive, Suite 1600
(Street Address)

Newport Beach                         CA                 92660
(City)                                (State)            (Zip Code)

949-725-4153                          949-725-4100
(Telephone No.)                       (Fax No.)


**II.**  Applicant will sign all filings with the name  Ahmad Takouche  .


**III.**  Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Enerra Corporation




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

Bar license number: 322911          Admission date: December 2, 2018

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| USDC Central District of California | September 6, 2019 | Active |
| USDC Northern District of California | September 10, 2019 | Active |
| USDC Southern District of California | November 8, 2019 | Active |

VI.  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:      Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Bradley Liddle and Scott Breedlove of Carter Arnett PLLC _____, who has offices at

8150 N. Central Expressway, Suite 500
(Street Address)

Dallas      Texas      75206
(City)      (State)      (Zip Code)

214-550-8188      214-550-8185
(Telephone No.)      (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  16th  day of May, 2023.

Ahmad Takouche
Printed Name of Applicant

/s/ Ahmad Takouche
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.