**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **ENERRA CORPORATION,** *Plaintiff,* <br><br> v. <br><br> **CONTI GROUP LLC, PLASTIKGAS LLC, ROBERTO CONTI, JULIE CONTI, and JORDAN CONTI,** *Defendants.* | **Civil Action No. 3:23-CV-00194-L** |
| **CONTI GROUP, LLC,** *Counter-Plaintiff,* <br><br> v. <br><br> **ENERRA CORPORATION, SERGIO PEREZ, MARK MILLS, and MICHAEL BROWN,** *Third-Party Defendants.* | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, with the law firm of Kearney, McWilliams & Davis, PLLC, files this Notice of Appearance to serve as additional counsel for Defendant and Counter-Plaintiff Conti Group LLC and Defendants Plastikgas LLC, Roberto Conti, Julie Conti, and Jordan Conti in the above-styled and numbered civil action, and respectfully request that said counsel be notified of any and all settings and/or notifications in the above-styled and numbered civil action and that all pleadings and other papers filed within same be served upon said counsel, to wit:

Rebecca K. Eaton
SBN: 24059705
1235 S. Main, #280
Grapevine, Texas 76051
Tel. & Fax: (817) 764-3459
E-mail: reaton@kmd.law

Bradley A. Nevills
SBN: 24083561
55 Waugh Drive, Suite 150
Houston, Texas 77007
Tel. & Fax: (281) 206-0481
E-mail: bnevills@kmd.law

Erik J. Osterrieder
SBN: 24013276
55 Waugh Drive, Suite 150
Houston, Texas 77007
Tel. & Fax: (713) 201-0303
E-mail: eosterrieder@kmd.law

John J. Davis, III
SBN: 24082901
55 Waugh Drive, Suite 150
Houston, Texas 77007
Tel. & Fax: (713) 936-9622
E-mail: jdavis@kmd.law

Respectfully submitted,

KEARNEY, MCWILLIAMS & DAVIS, PLLC

*/s/Rebecca K. Eaton*
Rebecca K. Eaton
reaton@kmd.law
1235 S. Main, #280
Grapevine, Texas 76051
Tel. & Fax: (817) 764-3459

*/s/Erik J. Osterrieder*
Erik J. Osterrieder
eosterrieder@kmd.law
*/s/Bradley A. Nevills*
Bradley A. Nevills
bnevills@kmd.law
*/s/John J. Davis, III*
John J. Davis, III
jdavis@kmd.law
55 Waugh Drive, Suite 150
Houston, Texas 77007
Tel: (713) 936-9620, ext. 116
Fax: (281) 206-0481
***Attorneys for Defendants and Counter-Plaintiffs***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 31st day of May, 2023, a true and correct copy of the foregoing instrument was served on all parties and counsel of record via the Court's electronic filing system.

                                              */s/Rebecca K. Eaton*
                                              Rebecca K. Eaton