UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ENERRA CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> CONTI GROUP LLC, PLASTIKGAS LLC, ROBERTO CONTI, JULIE CONTI, JORDAN CONTI, , <br><br> Defendants. | Civil Action No. 3:23-cv-00194-L <br><br> Honorable Sam A. Lindsay <br><br> JURY TRIAL DEMANDED |
| CONTI GROUP, LLC, <br><br> Counter-Plaintiff, <br><br> vs. <br><br> ENERRA CORPORATION, SERGIO PEREZ, MARK MILLS AND MICHAEL BROWN, <br><br> Counter-Defendants. | |

**JOINT STATUS REPORT REGARDING MEDIATION**

The Parties[1] submit the following Joint Status Report Regarding Mediation pursuant to the Court's Scheduling Order (Dkt. 33). Counsel for the Parties engaged in settlement-related discussions on July 3, 2023, during which they conferred regarding a possible Mediation date during the fourth quarter of 2023, proposed mediators, and the potential for early resolution of this case. The Parties have not reached settlement, but they anticipate continued informal discussions in an attempt to settle the case.

---

[1] The term "Parties" includes: 1) Plaintiff Enerra Corporation ("**Plaintiff**") and Defendants Conti Group, LLC, PlastikGas, LLC, Roberto Conti, Julie, Conti, and Jordan Conti (collectively "**Defendants**"); and 2) Conti Group, LLC as Counter-Plaintiff and Counter-Defendants Sergio Perez, Mark Mills, and Michael Brown.

Dated: July 5, 2023

By /s/ *Douglas Q. Hahn*
Douglas Q. Hahn
Admitted pro hac vice
dhahn@stradlinglaw.com
Ahmad S. Takouche
Admitted pro hac vice
atakouche@stradlinglaw.com
**STRADLING YOCCA CARLSON & RAUTH**
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Tel. 949-725-4138

By /s/ *William M. Parrish*
William M Parrish
Texas State Bar No. 15540325
bparrish@stradlinglaw.com
**STRADLING YOCCA CARLSON & RAUTH**
500 W. 2nd Street, Ste. 1900
Austin, TX 78701
Tel. 512-788-5020

By /s/ *Bradley Liddle*
Bradley Liddle
Texas State Bar No. 24074599
bliddle@carterarnett.com
Scott Breedlove
Texas State Bar No. 00790361
sbreedlove@carterarnett.com
**CARTER ARNETT PLLC**
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Tel. 214-550-8188

**Attorneys for Plaintiff and Counter-Defendant Enerra Corporation**

Respectfully submitted,

By /s/ *Jeff Nicodemus*
JEFFREY I. NICODEMUS
State Bar No. 24007748
jnicodemus@cobbmartinez.com
R. PRICE ANDERSON
State Bar No. 24116029
panderson@cobbmartinez.com
**COBB MARTINEZ WOODWARD PLLC**
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
(214) 220-5200 (Telephone)
(214) 220-5299 (Fax)

**Attorneys for Third-Party Defendants Sergio Perez, Michael Brown, and Mark Mills**

/s/ *Carrie R. McNair*
Carrie R. McNair
Texas Bar No. 24110715
**CRM Law, PLLC**
820 S Macarthur Blvd Ste 105-342
Coppell, Texas 75019
850-509-4874 telephone
carriemcnair@crmcnairlaw.com

By /s/ *Brandon Wilson*
Brandon Wilson
State Bar No. 24076776
brandonw@hermes-law.com
Peter Kerr
State Bar No. 24076478
peter@hermes-law.com
**Hermes Law, P.C.**
2550 Pacific Avenue, Suite 700
Dallas, Texas 75201
214.749.6800
214.749.6801 (fax)

**Attorneys for (a) Defendants Conti Group, LLC, PlastikGas, LLC, Roberto Conti, Julie Conti, Jordan Conti, and (b) Counter-Plaintiff Conti Group, LLC**