UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ENERRA CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTI GROUP LLC, PLASTIKGAS LLC, ROBERTO CONTI, JULIE CONTI, JORDAN CONTI, ,<br><br>    Defendants. | Civil Action No. 3:23-cv-00194-L<br><br>Honorable Sam A. Lindsay<br><br>JURY TRIAL DEMANDED |
| CONTI GROUP, LLC,<br><br>    Counter-Plaintiff,<br><br>vs.<br><br>ENERRA CORPORATION, SERGIO PEREZ, MARK MILLS AND MICHAEL BROWN,<br><br>    Counter-Defendants. | |

### AGREED MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

The Parties[1] are engaged in the discovery process. Portions of information to be produced during discovery may be considered by one of the Parties to be confidential and/or proprietary in nature. To that end, the Parties have agreed to terms under which such materials may be marked as confidential, the process by which such materials will be protected from further disclosure, and related procedural matters. Attached as Exhibit A is a copy of the Agreed Protective Order sought to be entered by the Parties to this litigation.

---

[1] The term "Parties" includes: 1) Plaintiff Enerra Corporation ("**Plaintiff**") and Defendants Conti Group, LLC, PlastikGas, LLC, Roberto Conti, Julie, Conti, and Jordan Conti (collectively "**Defendants**"); and 2) Conti Group, LLC as Counter-Plaintiff and Counter-Defendants Sergio Perez, Mark Mills, and Michael Brown.

1

Dated: August 7, 2023

/s/ *Douglas Q. Hahn*
Douglas Q. Hahn
(Admitted *pro hac vice*)
dhahn@stradlinglaw.com
Ahmad S. Takouche
(Admitted *pro hac vice*)
atakouche@stradlinglaw.com
**Stradling Yocca Carlson & Rauth, PC**
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Tel. 949-725-4138

*/s/ William M. Parrish*
William M Parrish
Texas State Bar No. 15540325
bparrish@stradlinglaw.com
**Stradling, Yocca Carlson & Rauth, PC**
500 W. 2nd Street, Ste. 1900
Austin, TX 78701
Tel. 512-788-5020

Bradley Liddle
Texas State Bar No. 24074599
bliddle@carterarnett.com
Scott Breedlove
Texas State Bar No. 00790361
sbreedlove@carterarnett.com
**Carter Arnett, PLLC**
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Tel. 214-550-8188

**Attorneys for Plaintiff and Counter-Defendant Enerra Corporation**

Respectfully submitted,

/s/ *Jeffrey I. Nicodemus*
Jeffrey I. Nicodemus
State Bar No. 24007748
jnicodemus@cobbmartinez.com
R. Price Anderson
State Bar No. 24116029
panderson@cobbmartinez.com
**Cobb Martinez Woodward, PLLC**
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
214.220.5200
214.220.5299 fax

**Attorneys for Third-Party Defendants Sergio Perez, Michael Brown, Mark Mills**

2

/s/ *Carrie R. McNair*
Carrie R. McNair
Texas Bar No. 24110715
**CRM Law, PLLC**
820 S Macarthur Blvd Ste 105-342
Coppell, Texas 75019
850-509-4874 telephone
carriemcnair@crmcnairlaw.com

Brandon Wilson
State Bar No. 24076776
brandonw@hermes-law.com
Peter Kerr
State Bar No. 24076478
peter@hermes-law.com
**Hermes Law, P.C.**
2550 Pacific Avenue, Suite 700
Dallas, Texas 75201
214.749.6800
214.749.6801 (fax)

Rebecca K. Eaton
reaton@kmd.law
**Kearney, McWilliams, & David, PLLC**
1235 S. Main, #280
Grapevine, Texas 76051
Tel. & Fax: (817) 764-3459

Erik J. Osterrieder
eosterrieder@kmd.law
Bradley A. Nevills
bnevills@kmd.law
John J. Davis, III
jdavis@kmd.law
**Kearney, McWilliams, & David, PLLC**
55 Waugh Drive, Suite 150
Houston, Texas 77007
Tel: (713) 936-9620, ext. 116
Fax: (281) 206-0481

**Attorney for (a) Defendants Conti Group, LLC, PlastikGas, LLC, Roberto Conti, Julie Conti, Jordan Conti, and (b) Counter-Plaintiff Conti Group, LLC**