# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ENERRA CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTI GROUP LLC, PLASTIKGAS LLC, ROBERTO CONTI, JULIE CONTI, JORDAN CONTI,<br><br>    Defendants.<br><br>CONTI GROUP, LLC,<br><br>    Counter-Plaintiff,<br><br>vs.<br><br>ENERRA CORPORATION, SERGIO PEREZ, MARK MILLS AND MICHAEL BROWN,<br><br>    Third-Party Defendants. | Civil Action No. 3:23-cv-00194-L |

## ORDER GRANTING MOTION FOR EXTENSION

This Court has reviewed Counter-Plaintiff Conti Group, LLC and Counter-Defendants Sergio Perez, Mark Mills, and Michael Brown's *Agreed Motion for Extension of Time to Conduct Jurisdictional Discovery*. [Doc. 50]

This Court grants Counter-Plaintiff and Counter-Defendants' *Agreed Motion for Extension of Time to Conduct Jurisdictional Discovery* and provides the following extension:

All jurisdictional discovery must be completed by **January 8, 2024**, and any motion raising a dispute that may arise regarding this jurisdictional discovery must be filed by **January 2, 2024**. Counter-Plaintiff Conti Group, LLC must file any sur-reply to the Motion to Dismiss, based on the results of these discovery efforts, by **January 29, 2024**, and Counter-Defendants must file any sur-sur-reply by **February 12, 2024**.

It is so ordered this ___ day of October 2023.

                        _____
                         David L. Horan
                         United States Magistrate Judge

**Agreed:**
CRM LAW PLLC
By: /s/ Carey R. McNair
Carey R. McNair
Texas Bar No. 0638234
820 S Macarthur Blvd Ste 105-342
Coppell, Texas 75019
850-509-4874 telephone
carriemcnair@crmcnairlaw.com

/s/ Brandon Wilson
**Brandon Wilson**
State Bar No. 24076776
brandonw@hermes-law.com
**Peter Kerr**
State Bar No. 24076478
peter@hermes-law.com
**Hermes Law, P.C.**
2550 Pacific Avenue, Suite 700
Dallas, Texas 75201
(214) 749-6800
(214) 749-6801 (Fax)

**ATTORNEYS FOR (A) DEFENDANTS CONTI GROUP LLC, PLASTIKGAS LLC, ROBERTO CONTI, JULIE CONTI, JORDAN CONTI AND (B) COUNTER-PLAINTIFF CONTI GROUP, LLC**

COBB MARTINEZ WOODWARD PLLC
By /s/ Jeff Nicodemus
JEFFREY I. NICODEMUS
State Bar No. 24007748
jnicodemus@cobbmartinez.com
R. PRICE ANDERSON
State Bar No. 24116029
panderson@cobbmartinez.com

1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
(214) 220-5200 (Telephone)
(214) 220-5299 (Fax)

**ATTORNEYS FOR THIRD-PARTY DEFENDANTS SERGIO PEREZ, MICHAEL BROWN, AND MARK MILLS**