IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ENERRA CORPORATION | § § § § | |
| *Plaintiff,* | | |
| vs. | § § § § § § § § | CAUSE NO. 3:23-cv-00194-L |
| CONTI GROUP, LLC, PLASTIKGAS, LLC, ROBERTO CONTI, JULIE CONTI, and ROBERT JORDAN CONTI | | |
| *Defendants.* | | |

### ORDER GRANTING THIRD-PARTY DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW PREVIOUSLY-FILED MOTION TO DISMISS

BEFORE THE COURT is Third-Party Defendants Michael Brown, Mark Mills, and Sergio Perez's ("Third-Party Defendants") Unopposed Motion to Withdraw Previously-Filed Motion to Dismiss (the "Motion"). The Court has considered the Motion and any response and reply. The Court is of the opinion that the Motion is well-founded and should be **GRANTED**.

It is therefore **ORDERED** that Third-Party Defendants Michael Brown, Mark Mills, and Sergio Perez's Motion to Withdraw Previously-Filed Motion to Dismiss is **GRANTED.** Third-Party Defendants' Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to FRCP 12(b)(2), filed on March 24, 2023 (Dkt. 28) is therefore **WITHDRAWN.**

It is further **ORDERED** that Third-Party Defendants file an answer in this matter no later than fourteen (14) days after the date of this Order.

It is so **ORDERED**.

Signed this \_\_\_\_\_ day of _____, 2023.

_____
**HONORABLE JUDGE PRESIDING**