IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ENERRA CORPORATION,** | § § § § | |
| Plaintiff, | | |
| v. | § § | Civil Action No. **3:23-CV-194-L** |
| **CONTI GROUP, LLC, PLASTIKGAS, LLC, ROBERTO CONTI, JULIE CONTI, AND ROBERT JORDAN CONTI,** | § § § § § § § | |
| Defendants. | § § | |
| **CONTI GROUP, LLC,** | § § | |
| Counter-Plaintiff, | § § | |
| v. | § § | |
| **ENERRA CORPORATION, SERGIO PEREZ, MARK MILLS AND MICHAEL BROWN,** | § § § § § | |
| Counter-Defendants. | § | |

## ORDER

Before the court is Third-Party Defendants' Sergio Perez, Mark Mills, and Michael Brown's Unopposed Motion to Withdraw Previously-Filed Motion to Dismiss ("Motion") (Doc. 52), filed November 17, 2023. The court determines that the Motion should be, and is hereby, **granted.** Accordingly, the court **directs** the clerk of court to **withdraw** Third-Party Defendants' Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(2), filed on March 24, 2023 (Doc. 28). Further, the deadline for Third-Party Defendants to file an answer is **14 days** after the date of this Order.

**It is so ordered** this 20th day of November, 2023.

                                                                Sam A. Lindsay
                                                                United States District Judge