## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **ENERRA CORPORATION**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:23-cv-194-L-BN** |
| | § | |
| **CONTI GROUP, LLC; PLASTIKGAS,** | § | |
| **LLC; ROBERTO CONTI; JULIE** | § | |
| **CONTI; and ROBERT JORDAN CONTI**, | § | |
| | § | |
| Defendants, | § | |

## ORDER

On February 14, 2025, the parties informed Magistrate Judge David Horan's Courtroom Deputy, Ms. Shakira Todd, that this case has settled. The parties further informed Ms. Todd that a Notice of Settlement would be filed on Monday, February 17, 2025. Today, Plaintiff's counsel informed the court that the Notice of Stipulation would not be filed until the first week of March 2025.

The court truly appreciates the parties' efforts to date in resolving this case and **issues** this order to: (1) set a deadline for the parties to file their dismissal papers; (2) term pending motions; and (3) administratively close the case in light of the parties' settlement.  Accordingly, the parties are **directed** to file a stipulation or notice of dismissal, or an agreed motion to dismiss by **March 31, 2025**. The court also **denies as moot and terms** the pending Motions to Dismiss (Docs. 95, 99) and **terms as moot** the magistrate judge's pending Findings, Conclusions, and Recommendation as to one of these motions (Doc. 119).

As the filing of the parties' dismissal papers is imminent, the court also determines that this action should be, and is hereby, **administratively closed**, as there appears to be no further

**Order - Page 1**

reason at this time to maintain this case as an open file for statistical purposes. The United States District Clerk is, therefore, **instructed** to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte*.

**It is so ordered** this 28th day of February, 2025.

Sam A. Lindsay
United States District Judge

**Order - Page 2**