# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **ENERRA CORPORATION,** § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. **3:23-CV-194-L** |
| § § | |
| **CONTI GROUP, LLC, PLASTIKGAS, LLC, ROBERTO CONTI, JULIE CONTI, AND ROBERT JORDAN CONTI,** § § § § § § | |
| Defendants. § § | |
| **CONTI GROUP, LLC,** § § | |
| Counter-Plaintiff, § § | |
| v. § § | |
| **ENERRA CORPORATION, SERGIO PEREZ, MARK MILLS AND MICHAEL BROWN,** § § § § | |
| Counter-Defendants. § | |

## **NOTICE**

Before the court is the parties' Agreed Motion to Dismiss ("Motion") (Doc. 121), filed March 28, 2025. The court treats the Motion as a ("Stipulation of Dismissal") because the parties request the court to enter a Joint Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). As the Stipulation has been signed by all parties who have appeared, no court order is required, and this action and all claims asserted by or against these parties are **dismissed with prejudice** as a matter of course. Accordingly, no order of dismissal is necessary, and the court **declines** to issue one. Per the Stipulation, the parties shall bear their own costs and fees.

**Notice – Page 1**

**Filed** this 31st day of March, 2025.

                                             _____
                                             Sam A. Lindsay
                                             United States District Judge